SLIP OPINION

Cite as 2013 Ark. 442

# SUPREME COURT OF ARKANSAS
### No.

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON SECURITY AND EMERGENCY PREPAREDNESS | **Opinion Delivered** October 31, 2013 |

## PER CURIAM

We appoint Judge David Hudson, Sebastian County Judge; Tina Owens, Deputy Director, Arkansas Department of Emergency Management; Honorable Stephanie Casady, Saline County District Court–Bryant; and Mikki Hastings, Clark County Office of Emergency Management, to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for three-year terms to expire on September 30, 2016. We thank them for their willingness to serve on this important committee.